FILED
U.S. DISTRICT COURT

2019 OCT 17 P 2: 16

DISTRICT OF UTAH

BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROBERT JAMES CALDER, Defendant. | Case No. 2:15-CR-00258 DB WRIT OF HABEAS CORPUS AD PROSEQUENDUM District Judge Dee Benson Magistrate Judge Dustin B. Pead |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY AGENT OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S:

We command you that you bring the body of ROBERT JAMES CALDER, now being confined in the Adult Detention Center, under the authority of the state of Utah, to appear in United States District Court for the District of Utah before the Honorable Dustin B. Pead, on August 10, 2015, at 2:15 p.m., of said day, and from day to day thereafter, for purposes of sentencing on the charges pending against the defendant in the said United States District Court, and in the above-entitled and pending case; and for

final disposition; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this 5th day of August, 2015.

Dustin B. Pead
Magistrate Court Judge



I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District Court for the District of Utah.

D. MARK JONES, Clerk

I have (partially) (fully) executed the within __Writ__ by receiving the body of __Calder__ on __8-30-16__ and delivering (him) (her) to _____ on _____

United States Marshal
by: /s/ Kaitlyn Shuman
Deputy U.S. Marshal