12B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Request and Order for Modifying Conditions of Supervision
## With Consent of the Offender
*(Waiver of hearing attached)*

| | |
|---|---|
| Name of Offender: **Robert James Calder** | Docket Number: **2:15CR00258-001-DB** |

Name of Sentencing Judicial Officer: **Honorable Dee Benson**
**Senior U.S. District Judge**

Date of Original Sentence: **June 30, 2016**
Original Offense: **Felon in Possession of a Firearm**
Original Sentence: **72 Months BOP Custody/36 Months Supervised Release**

Type of Supervision: **Supervised Release**    Supervision Begins: **July 9, 2020**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

You must reside in a Residential Reentry Center, under a public law placement, for a period of up to 180 days, with release for work, education, medical, religious services, treatment, or other approved release as deemed appropriate by the U.S. Probation Office.

## CAUSE

The defendant currently resides at the Residential Reentry Center (RRC) in Salt Lake City, Utah, with a scheduled release date of July 9, 2020. The defendant has been unable to secure housing during his BOP placement at the RRC. The defendant and his RRC case manager have requested that the defendant be allowed to remain at the halfway house under Public Law Placement, while he continues to secure the resources needed for his release to the community.

I declare under penalty of perjury that the foregoing is true and correct.

by Cameron Sinner
U.S. Probation Officer
June 5, 2020

**THE COURT ORDERS:**

☒ The modification of conditions as noted above
☐ No action
☐ Other

Honorable Dee Benson
Senior United States District Judge

Date:    6/5/2020